UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                                  Case No. 21-cr-0157-bhl

JEFFREY MOORE,

        Defendant.

## ORDER

On January 19, 2022, Defendant filed a motion requesting that the Court order the U.S. Probation Office to conduct and disclose a prior criminal record check. (ECF No. 37.) Defendant states that a presentence report will help him make a plea decision, specifically with relation to the potential repercussions of a possible Career Offender status under U.S.S.G §4B1.1. *Id*. The government has informed defense counsel that it does not oppose the request. The Court will grant the motion and order that the U.S. Probation Office prepare a pre-plea presentence investigation report of this information. Accordingly,

IT IS ORDERED that Defendant's Motion for a Prior Record Check (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that the U.S. Probation Office shall prepare and disclose to the defendant and to the government a prior criminal record report. Such information shall not be disclosed to the Court at this stage of the proceedings.

Dated at Milwaukee, Wisconsin on January 20, 2022.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge